

# IN THE
# TENTH COURT OF APPEALS

———————————

## No. 10-11-00143-CV

DAIMLERCHRYSLER SERVICES
NORTH AMERICA, LLC, D/B/A
CHRYSLER FINANCIAL CO.,

                                                          Appellant

 v.

TEXAS DEPARTMENT OF TRANSPORTATION,
LONESTAR CLEBURNE AUTOPLEX, INC.,
AND STEVE STASIO,

                                                          Appellees

———————————

**From the 249th District Court
Johnson County, Texas
Trial Court No. C201100058**

## MEMORANDUM OPINION

The brief in this appeal was due to be filed by August 5, 2011. In a letter dated August 10, 2011, the Clerk of this Court notified Appellant, that pursuant to Rules 38.8(a)(1) and 42.3 of the Texas Rules of Appellate Procedure, the Court would dismiss the appeal for want of prosecution unless, within 21 days of the date of the letter, a brief

was filed. TEX. R. APP. P. 42.3(b). The brief was due to be filed on August 31, 2011. No brief has been filed.

Accordingly, the appeal is dismissed.


AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed October 19, 2011
[CV06]